```
GEORGIA SUSAN HERNANDEZ     SPRINGLF FIN
204 BOXTEL ST, APT C        PO BOX 1010
PETAL, MS 39465             EVANSVILLE, IN 47706

THOMAS C. ROLLINS, JR.      TOWER LOAN
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767              PO BOX 320001
JACKSON, MS 39236           FLOWOOD, MS 39232

AAA AMBULANCE
207 S 28TH AVE
HATTIESBURG, MS 39402


AES/CONNECT
POB 61047
HARRISBURG, PA 17106


CB/CCI PL CC
14600 NORTHWEST
BEAVERTON, OR 97006


CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113


KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

OPPORTUNITY FINANCIAL
ATTN: BANK
P.O. BOX 5040
CHICAGO, IL 60601

PROFESSIONAL FINANCE C
5754 W 11TH ST
STE 100
GREELEY, CO 80634
```