Certificate Number: 17082-MSS-DE-040916200

Bankruptcy Case Number: 26-50578



17082-MSS-DE-040916200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2026, at 10:36 o'clock AM MST, GEORGIA  S HERNANDEZ  completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  April 29, 2026                     By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director