United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                              Case No. 26-50578-KMS

Georgia Susan Hernandez                                                             Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: admin                                  Page 1 of 2

Date Rcvd: Jul 07, 2026                       Form ID: 318                                  Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgia Susan Hernandez, 204 Boxtel St, Apt C, Petal, MS 39465-2651 |
| cr | + | Hyundai Capital America DBA Kia Finance America, PO Box 269011, Plano, TX 75026-9011 |
| 5649721 | + | AAA Ambulance, 207 S 28th Ave, Hattiesburg, MS 39401-7155 |
| 5649722 | + | Aes/connect, Pob 61047, Harrisburg, PA 17106-1047 |
| 5649725 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5649726 | + | Opportunity Financial, Attn: Bank, P.o. Box 5040, Chicago, IL 60680-5040 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jul 07 2026 23:51:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5649723 | | EDI: PHINGENESIS | Jul 07 2026 23:51:00 | Cb/cci Pl Cc, 14600 Northwest, Beaverton, OR 97006 |
| 5649724 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 19:58:51 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5650433 | ^ | MEBN | Jul 07 2026 19:51:45 | Joseph T. McDaniel, Esq., For Tower Loan of Mississippi LLC, d/b/a Tower Loan of Poplarville, P O Box 320001, Flowood MS 39232-0001 |
| 5649727 | + | Email/Text: brprocessor@pfccollects.com | Jul 07 2026 19:54:00 | Professional Finance C, 5754 W 11th St, Ste 100, Greeley, CO 80634-4811 |
| 5649728 | + | EDI: AGFINANCE.COM | Jul 07 2026 23:51:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5649729 | | Email/Text: bankruptcycourt@towerloan.com | Jul 07 2026 19:53:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tower Loan of Mississippi, LLC, d/b/a Tower Loan |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0538-6          User: admin          Page 2 of 2

Date Rcvd: Jul 07, 2026          Form ID: 318          Total Noticed: 13

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Derek A Henderson T1

     trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Joseph Todd McDaniel

     on behalf of Creditor Tower Loan of Mississippi  LLC, d/b/a Tower Loan of Poplarville jmcdaniel@towerloan.com, cedouglas@towerloan.com

Thomas Carl Rollins, Jr

     on behalf of Debtor Georgia Susan Hernandez trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Georgia Susan Hernandez** | Social Security number or ITIN   **xxx–xx–8141** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **26–50578–KMS**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Georgia Susan Hernandez**
aka G Susan Hernandez

Dated: 7/7/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**